# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:25−cv−06107

Hoffman v. BCI Acrylic, LLC d/b/a Bath Planet et al
Assigned to: Honorable Lindsay C. Jenkins
Demand: $9,999,000
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 06/01/2025
Date Terminated: 10/10/2025
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Mark Hoffman**  represented by  **Anthony Paronich**
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221−1510
Fax: Pro Hac Vice
Email: anthony@paronichlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BCI Acrylic, LLC d/b/a Bath Planet**  represented by  **Ashni Gandhi**
Michael Best & Friedrich Llp
444 W Lake St.
Ste 3200
Chicago, IL 60614
847−987−9850
Fax: Not a member
Email: ashni.gandhi@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle**  represented by  **Nicholas A Gowen**
Burke, Warren, MacKay & Serritella, P.C.
21st Floor
330 North Wabash Avenue
Chicago, IL 60611−3607
(312) 840−7088
Fax: Active
Email: ngowen@burkelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Lauren Rogers**
Burke Warren MacKay Serritella P.C.
330 N. Wabash
Suite 2100

Chicago, IL 60611
312−840−7111
Email: arogers@burkelaw.com
*ATTORNEY TO BE NOTICED*

**Christopher Raymond Sullivan**
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave
Ste 21st Floor
Chicago
Chicago, IL 60611
312−843−5840
Fax: 312−840−7900
Email: csullivan@burkelaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2025 | Ï 1 | COMPLAINT filed by Mark Hoffman; Jury Demand. Filing fee $ 405, receipt number AILNDC−23561565. (Attachments: # 1 Civil Cover Sheet)(Paronich, Anthony) (Entered: 06/01/2025) |
| 06/02/2025 | Ï | CASE ASSIGNED to the Honorable Lindsay C. Jenkins. Designated as Magistrate Judge the Honorable Jeffrey T. Gilbert. Case assignment: Random assignment. (Civil Category 1). (lm, ) (Entered: 06/02/2025) |
| 06/02/2025 | Ï | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post−trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (lm, ) (Entered: 06/02/2025) |
| 06/02/2025 | Ï 4 | SUMMONS Issued (Court Participant) as to Defendants BCI Acrylic LLC d/b/a Bath Planet, Northwest Bath Specialists LLC d/b/a Bath Planet of Seattle (txd, ) (Entered: 06/02/2025) |
| 06/12/2025 | Ï 5 | SUMMONS Returned Executed by Mark Hoffman as to Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle on 6/11/2025, answer due 7/2/2025. (Paronich, Anthony) (Entered: 06/12/2025) |
| 06/13/2025 | Ï 6 | MINUTE entry before the Honorable Lindsay C. Jenkins: In person initial status hearing set for July 23, 2025 at 9:00 a.m. in Courtroom 2119. Initial Status Report shall be filed by July 16, 2025. The report should comply with the requirements set forth in the Initial Status Report standing order, which can be found at Judge Jenkins's web page @ (http://www.ilnd.uscourts.gov, "District Judges", to "Judge Lindsay Jenkins", to "Initial Status Hearings" under Case Management Procedures"). The parties must follow all the standing orders for Judge Jenkins and all Local Rules, which can be found at the same web page. At the Initial Status hearing, the parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary (with specific dates) to get the case ready for trial; and (3) whether the parties jointly consent to proceed before the Magistrate Judge. At the Initial Status Hearing, the Parties shall be prepared to inform the Court about the extent of monetary damages in order for the Court to address the proportionality of discovery as required by Fed. R. Civ. P. 26. Mailed notice. (jlj, ) (Entered: 06/13/2025) |

| | | |
|---|---|---|
| 06/23/2025 | 7 | SUMMONS Returned Executed by Mark Hoffman as to BCI Acrylic, LLC d/b/a Bath Planet on 6/20/2025, answer due 7/11/2025. (Paronich, Anthony) (Entered: 06/23/2025) |
| 07/02/2025 | 8 | ATTORNEY Appearance for Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle by Nicholas A Gowen (Gowen, Nicholas) (Entered: 07/02/2025) |
| 07/02/2025 | 9 | ATTORNEY Appearance for Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle by Christopher Raymond Sullivan (Sullivan, Christopher) (Entered: 07/02/2025) |
| 07/02/2025 | 10 | MOTION by Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle for extension of time to file answer *the complaint or otherwise plead* (Sullivan, Christopher) (Entered: 07/02/2025) |
| 07/02/2025 | 11 | MOTION by Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle for disclosure *of Local Rule 3.2 Notification of Affiliates* (Sullivan, Christopher) (Entered: 07/02/2025) |
| 07/03/2025 | 12 | MINUTE entry before the Honorable Lindsay C. Jenkins: The unopposed motion for an extension of time 10 is granted. Defendant's responsive pleading is now due by August 1, 2025. The July 23, 2025 initial status hearing is stricken and reset to August 12, 2025 at 9:00 a.m. and the parties' initial status report is now due by August 5, 2025. Mailed notice. (jlj, ) (Entered: 07/03/2025) |
| 07/24/2025 | 13 | ATTORNEY Appearance for Defendant BCI Acrylic, LLC d/b/a Bath Planet by Ashni Gandhi (Gandhi, Ashni) (Entered: 07/24/2025) |
| 07/24/2025 | 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by BCI Acrylic, LLC d/b/a Bath Planet (Gandhi, Ashni) (Entered: 07/24/2025) |
| 07/24/2025 | 15 | MOTION by Defendant BCI Acrylic, LLC d/b/a Bath Planet for extension of time to file answer regarding complaint 1 *UNOPPOSED* (Gandhi, Ashni) (Entered: 07/24/2025) |
| 07/25/2025 | 16 | MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant BCI Acrylic's unopposed motion for an extension of time 15 is granted. Defendant's responsive pleading is now due by August 1, 2025. Mailed notice. (jlj, ) (Entered: 07/25/2025) |
| 07/29/2025 | 17 | ATTORNEY Appearance for Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle by Alexandra Lauren Rogers (Rogers, Alexandra) (Entered: 07/29/2025) |
| 08/01/2025 | 18 | ANSWER to Complaint by BCI Acrylic, LLC d/b/a Bath Planet(Gandhi, Ashni) (Entered: 08/01/2025) |
| 08/01/2025 | 19 | MOTION by Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle to dismiss *DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLES MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) OR ALTERNATIVELY MOTION TO TRANSFER VENUE PURSUANT TO 28 USC §1404(a)* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Gowen, Nicholas) (Entered: 08/01/2025) |
| 08/01/2025 | 20 | MOTION by Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle for order *Motion for Proposed Order* (Gowen, Nicholas) (Entered: 08/01/2025) |

| | | |
|---|---|---|
| 08/04/2025 | 21 | MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to set a briefing schedule 20 is granted. Any response to the motion to dismiss or alternatively to transfer is due by August 21, 2025; Defendant NW Bath's reply is due by September 2, 2025. Considering the nature of the motion, which challenges whether this court has personal jurisdiction over NW Bath, the August 12, 2025 initial status hearing is stricken and no joint status report need be filed by August 5, 2025. The court will advise about next steps after ruling on the motion. Mailed notice. (jlj, ) (Entered: 08/04/2025) |
| 08/21/2025 | 22 | MEMORANDUM by Mark Hoffman in Opposition to motion to dismiss, 19 (Paronich, Anthony) (Entered: 08/21/2025) |
| 09/02/2025 | 23 | REPLY by Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle to motion to dismiss, 19 *In Support of* (Gowen, Nicholas) (Entered: 09/02/2025) |
| 10/08/2025 | 24 | MEMORANDUM *IN SUPPORT OF BCI ACRYLIC, LLC.S MOTION FOR JUDGMENT ON THE PLEADINGS* (Gandhi, Ashni) (Entered: 10/08/2025) |
| 10/08/2025 | 25 | MOTION by Defendant BCI Acrylic, LLC d/b/a Bath Planet to set a briefing schedule *ON MOTION FOR JUDGMENT ON THE PLEADINGS* (Gandhi, Ashni) (Entered: 10/08/2025) |
| 10/10/2025 | 26 | MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Northwest Bath Specialists' motion to dismiss or alternatively to transfer 19 is granted. See the attached order for further details. The court lacks personal jurisdiction over Defendant Bath Planet Seattle and pursuant to 28 U.S.C. § 1631, directs the clerk to transfer this entire action to the United States District Court for the Western District of Washington, forthwith. Civil case transferred. Mailed notice. (jlj, ) (Entered: 10/10/2025) |
| 10/10/2025 | 27 | MEMORANDUM Opinion and Order written by the Honorable Lindsay C. Jenkins on 10/10/2025. Mailed notice. (jlj, ) (Entered: 10/10/2025) |
| 10/15/2025 | 28 | TRANSFERRED to the Western District of Washington the electronic record. (daj, ) (Entered: 10/15/2025) |