AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

MARK HOFFMAN, on behalf of himself and all others similarly situated,
*Plaintiff*
v.
BCI Acrylic LLC et al
*Defendant*

Case No. 2:25−cv−02032-TLF

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Northwest Bath Specialists LLC.

Date: December 3, 2025.

/s/ David M. Rose
*Attorney's signature*

David M. Rose WSBA No. 32849
*Printed name and bar number*

216 S. Palouse Street, Walla Walla, WA 99362
*Address*

dmr@pnwfamilylaw.com
*E-mail address*

(509) 288-4806
*Telephone number*

*FAX number*