IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BCI ACRYLIC, LLC D/B/A BATH PLANET<br><br>and<br><br>NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE<br><br>    Defendants. | NO. 2:25-cv-02032<br><br>NOTICE OF APPEARANCE OF BCI ACRYLIC, LLC D/B/A BATH PLANET |

TO:          CLERK OF THE COURT

AND TO:   PLAINTIFF'S COUNSEL OF RECORD

   PLEASE TAKE NOTICE that Defendant BCI ACRYLIC, LLC d/b/a BATH PLANET, without waiving objections as to improper service, venue, or jurisdiction, hereby appears in the above-entitled cause by and through their attorneys, Williams, Kastner & Gibbs, PLLC, and

NOTICE OF APPEARANCE OF BCI ACRYLIC, LLC D/B/A BATH PLANET - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4916-6423-0007.1

request that all further papers and pleadings herein, exclusive of original process, be served on the undersigned attorneys at the address below:

Christopher A. Luhrs, WSBA # 43175
Rodney L. Umberger, WSBA #24948
WILLIAMS KASTNER & GIBBS, PLLC
601 Union Street, Suite 4000
Seattle, WA 98101

ADDITIONAL NOTICE IS GIVEN, pursuant to CR30(b)(8), that defendants intend to video record all depositions in this case, whether scheduled at this time or scheduled hereafter. Depositions noted by Defendants shall be video recorded in addition to stenographic recording by a Court Reporter.

///

///

///

///

DATED this 12th day of December, 2025.

>    *s/Christopher A. Luhrs*
>    Christopher A. Luhrs, WSBA #43175
>    Rodney L. Umberger, WSBA #24948
>    WILLIAMS, KASTNER & GIBBS PLLC
>    601 Union Street, Suite 4000
>    Seattle, WA 98101-2380
>    Telephone: (206) 628-6600
>    Fax: (206) 628-6611
>    cluhrs@williamskastner.com
>    rumberger@williamskastner.com
>
>    ***Attorneys for BCI Acrylic, LLC***

NOTICE OF APPEARANCE OF BCI ACRYLIC, LLC D/B/A BATH PLANET - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4916-6423-0007.1