UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOFFMAN,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>BCI ACRYLIC LLC et al.,<br><br>　　　　　　　　　Defendant(s). | CASE NO. 2:25−cv−02032−RSM<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Ricardo S. Martinez, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02032−RSM and bear the Judge's name in the upper right hand corner of the document.

DATED December 29, 2025

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:  /s/ Gayle M Riekena
　　　　　　　　　　　　　　　　　　　Deputy Clerk