IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>**BCI ACRYLIC, LLC D/B/A BATH PLANET**<br><br>**and**<br><br>**NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE**<br>   *Defendant.* | Case No. . 2:25-cv-02032-RSM<br><br>**UNOPPOSED/STIPULATED MOTION FOR EXTENSION OF TIME** |

The Plaintiff respectfully requests that he receive extension of time up to and including February 9, 2026 in order to file an opposition to Defendant BCI Acrylic, LLC's Motion for Judgment on the Pleadings. This additional time is required due to the press of pending business as well as to adequately address all of the arguments made in the motion. This relief has been stipulated to by the Parties.

                Plaintiff,
                By Counsel

Dated: January 18, 2026

                */s/ Andrew Roman Perrong*
                Andrew Roman Perrong, Esq.
                PA Bar #333687 (*Pro Hac Vice*)
                Perrong Law LLC
                2657 Mount Carmel Avenue
                Glenside, Pennsylvania 19038
                Phone: 215-225-5529 (CALL-LAW)

Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this January 18, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com