IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br>v.<br><br>**BCI ACRYLIC, LLC D/B/A BATH PLANET**<br><br>**and**<br><br>**NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE**<br>    *Defendant.* | Case No. . 2:25-cv-02032-RSM<br><br>**[PROPOSED ORDER GRANTING] MOTION FOR EXTENSION OF TIME** |

AND NOW, this _____ day of _____, 2026, it is hereby ordered that the Plaintiff's Motion for Extension is Granted. Plaintiff shall have an extension of time up to and including February 9, 2026 in order to file an opposition to Defendant BCI Acrylic, LLC's Motion for Judgment on the Pleadings.

                                                                                                           BY THE COURT:

                                                                                                            _____

                                                                                                                                                           J.