|   |   |
|---|---|
| MARK HOFFMAN, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff,*<br>v.<br><br>BCI ACRYLIC, LLC D/B/A BATH PLANET<br><br>and<br><br>NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE<br>       *Defendant.* | Case No. 2:25-cv-02032-RSM<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

This matter comes before the Court on Plaintiff's unopposed Motion for Extension of Time, Dkt. #48. It is hereby ORDERED that Plaintiff's Motion is GRANTED. Plaintiff shall have an extension of time up to and including February 9, 2026, in order to file an opposition to Defendant BCI Acrylic, LLC's Motion for Judgment on the Pleadings. Defendant's Reply deadline is extended until February 16, 2026. Defendant's Motion, Dkt. #47 is RE-NOTED for consideration on February 16, 2026.

DATED this 20th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1