UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARK HOFFMAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BCI ACRYLIC, LLC D/B/A BATH PLANET**<br><br>**and**<br><br>**NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE**<br><br>*Defendants.* | Case No. 2:25-cv-02032 |

**DISCLOSURE OF AFFILIATES STATEMENT**

///

MEMORANDUM IN SUPPORT OF BCI ACRYLIC, LLC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS - 1
(2:25-cv-02032)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2341
206-628-6600

Pursuant to Rule 7.1 of the Local Rules for the Western District of Washington, Defendant BCI Acrylic, LLC hereby states that, as set forth on the Illinois Secretary of State's Department of Business Services Database, BCI Acrylic, LLC, is now known as Bath Concepts Industries, LLC. The affiliates of Bath Concepts Industries, LLC (formerly known as BCI Acrylic, LLC) are Rosenbach Holdings, Inc., and Scott Rosenbach.

Dated February 9, 2026                    Respectfully Submitted,

**MICHAEL BEST & FRIEDRICH, LLP**

*/s/ Christopher Luhrs*_____

Christopher Luhrs, WSBA #43175
**WILLIAMS KASTNER**
601 Union St., Ste 4000
Seattle, Washington, 98101
T: 206-628-2413
F: 206-628-6611
CLuhrs@williamskastner.com

Joseph L. Olson      (*pro hac vice*)
Ashni B. Gandhi     (*pro hac vice*)
**MICHAEL BEST & FRIEDRICH, LLP**
444 W. Lake St., Ste. 3200
Chicago, Illinois, 60606
T: 312-222-0800
F: 312-222-0818
ashni.gandhi@michaelbest.com
jlolson@michaelbest.com

MEMORANDUM IN SUPPORT OF BCI ACRYLIC, LLC.'S
MOTION FOR JUDGMENT ON THE PLEADINGS - 2
(2:25-cv-02032)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2341
206-628-6600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 9, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which caused it to be served this day on all counsel of record who are registered to receive notices of electronic filing generated by the CM/ECF system.

/s/ *Christopher A. Luhrs*

Christopher A. Luhrs

MEMORANDUM IN SUPPORT OF BCI ACRYLIC, LLC.'S MOTION FOR JUDGMENT ON THE PLEADINGS - 3
(2:25-cv-02032)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2341
206-628-6600