THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, <br><br> Plaintiff, <br><br> v. <br><br> BCI ACRYLIC LLC et al., <br><br> Defendant(s). | Case No. 2:25-CV-02032-RSM <br><br> **STIPULATED MOTION TO EXTEND DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **NOTE ON MOTION CALENDAR: FEBRUARY 23, 2026** |

Pursuant to Local Civil Rule 7(d)(1), Plaintiff Mark Hoffman ("Plaintiff") and Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle ("Northwest Bath") hereby move the Court for an Order extending time for Northwest Bath to file an answer or otherwise respond to the Complaint, up to and including March 20, 2026. In support of this stipulation, the parties state as follows:

1. On June 1, 2025, Plaintiff filed a Complaint against Defendant BCI Acrylic, LLC d/b/a Bath Planet ("Bath Planet") and Northwest Bath (Bath Planet and Northwest Bank collectively herein referred to as "Defendant"), alleging violations of the Telephone Consumer Protection Act ("TCPA"), Washington Commercial Electronic Mail Act ("CEMA") and Washington Consumer Protection Act ("CPA") in the Northern District of Illinois. *See* Dkt. No. 1.

2. On July 2, 2025, Northwest Bath filed an Extension of Time to File Answer to The Complaint or otherwise respond to the Complaint. *See* Dkt. No. 10.

3. On August 1, 2025, Northwest Bath filed a Motion to Dismiss pursuant to Rule 12(b)(2) or Alternatively, Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a). *See* Dkt. No. 19.

4. On October 10, 2025, the Northern District of Illinois granted Northwest Bath's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Transfer Venue. *See* Dkt. No. 26.

5. On October 17, 2025, the case was transferred to the Western District of Washington at Seattle. *See* Dkt. No. 29.

6. On December 8, 2025, a Notice of Appearance by attorney David M. Rose was filed on behalf of Northwest Bath. *See* Dkt. No. 36.

7. On February 12, 2026, Brittany Andres, Eric Troutman and Puja Amin sought leave to appear *Pro Hac Vice* for Northwest Bath. *See* Dkt. No. 53-55.

8. After meeting and conferring with Plaintiff, Plaintiff agreed to extend Northwest Bath's deadline to respond to the Complaint through March 20, 2026.

9. This stipulated motion is made in good faith, not for the purpose of delay, and granting it will not prejudice any party in any way.

**AGREED AND STIPULATED** TO this 23rd day of February, 2026.

Pursuant to Local Civil Rule 7(e)(6), We certify that this memorandum contains 386 words, in compliance with the Local Civil Rules.

| | | |
|---|---|---|
| 1 | Dated: February 23, 2026 | TROUTMAN AMIN, LLP |
| 2 | | By: */s/ Brittany A. Andres* |
| | | Eric J. Troutman (*Pro Hac Vice*) |
| 3 | | Puja Amin (*Pro Hac Vice*) |
| 4 | | Brittany A. Andres (*Pro Hac Vice*) |
| | | 400 Spectrum Center Drive |
| 5 | | Suite 1550 |
| | | Irvine, CA 92618 |
| 6 | | troutman@troutmanamin.com |
| | | amin@troutmanamin.com |
| 7 | | brittany@troutmanamin.com |
| 8 | | Tel: (949) 350-5612 |
| 9 | | PACIFIC NORTHWEST FAMILY LAW |
| 10 | | By: */s/ David M. Rose* |
| | | David M. Rose (WSBA # 32849) |
| 11 | | dmr@pnwfamilylaw.com |
| 12 | | 216 S. Palouse Street |
| | | Walla Walla, Washington 99362 |
| 13 | | Telephone: (509) 288-4806 |
| 14 | | |
| 15 | | *Attorneys for Defendant Northwest Bath Specialist, LLC d/b/a Bath Planet of Seattle* |
| 16 | | STRAUSS BORRELLI PLLC |
| 17 | | By: */s/ Samuel J. Strauss* |
| 18 | | Samuel J. Strauss, WBA No. 49671 |
| | | One Magnificent Mile |
| 19 | | 980 N Michigan Avenue, Suite 1610 |
| | | Chicago, IL, 60611 |
| 20 | | Telephone: (872) 263-1100 |
| | | Sam@straussborrelli.com |
| 21 | | |
| 22 | | Anthony I. Paronich (*Pro Hac Vice*) |
| | | Paronich Law, P.C. |
| 23 | | 350 Lincoln Street, Suite 2400 |
| | | Hingham, MA 02043 |
| 24 | | (508) 221-1510 |
| 25 | | anthony@paronichlaw.com |
| 26 | | Andrew Roman Perrong |
| | | Perrong Law LLC |
| 27 | | 2657 Mt. Carmel Avenue |
| 28 | STIPULATED MOTION TO EXTEND<br>Case No. 2:25-CV-02032-RSM<br>3 | TROUTMAN AMIN, LLP<br>400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618<br>(949) 350-5612 |

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
troutman@troutmanamin.com

Glenside, PA 19038
Telephone: 215-225-5529
Fax: 888-329-0305
Email:A@perronglaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Stipulated Motion to Extend Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle's Time to Respond to Plaintiff's Complaint* was served upon all counsel of record via the Court's CM/ECF systems on the 23rd day of February, 2026.

    /s/ *Brittany A. Andres*
    Brittany A. Andres