THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK HOFFMAN, <br><br> Plaintiff, <br><br> v. <br><br> BCI ACRYLIC LLC et al., <br><br> Defendant. | Case No. 2:25-CV-02032-RSM <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Before the Court is the Parties' Stipulated Motion seeking an order extending Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle ("Northwest Bath"), time to respond to Plaintiff Mark Hoffman's ("Plaintiff") Complaint by twenty-eight (28) days, up to and including March 20, 2026. Having considered the Parties' request, the Court hereby orders Northwest Bath to respond to Plaintiff's Complaint by and including **March 20, 2026**.

ACCORDINGLY, IT IS HEREBY ORDERED that Northwest Bath shall respond to Plaintiff's Complaint by **March 20, 2026**.

Dated: _____

HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
Case No. 2:26-CV-00277
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612

Presented By:

TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice*)
Puja Amin (*Pro Hac Vice*)
Brittany A. Andres (*Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

PACIFIC NORTHWEST FAMILY LAW

By: */s/ David M. Rose*
David M. Rose (WSBA # 32849)
dmr@pnwfamilylaw.com
216 S. Palouse Street
Walla Walla, Washington 99362
Telephone: (509) 288-4806

*Attorneys for Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle*

ORDER
Case No. 2:26-CV-00277
2

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612