UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK HOFFMAN,

    Plaintiff,

    v.

BCI ACRYLIC LLC, *et al.*,

    Defendants.

Case No. C25-2032-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the parties' Stipulated Motion seeking an order extending Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle ("Northwest Bath")'s time to respond to Plaintiff Mark Hoffman ("Plaintiff")'s Complaint by twenty-eight (28) days, up to and including March 20, 2026. Having considered the parties' request, the Court hereby orders Northwest Bath to respond to Plaintiff's Complaint by and including **March 20, 2026**.

ACCORDINGLY, IT IS HEREBY ORDERED that Northwest Bath shall respond to Plaintiff's Complaint by **March 20, 2026**.

DATED this 24th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1