THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN,

Plaintiff,

v.

BCI ACRYLIC LLC et al.,

Defendant.

Case No. 2:25-CV-02032-RSM

**[PROPOSED] ORDER GRANTING DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE'S MOTION TO STRIKE CLASS ALLEGATIONS**

Before the Court is Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle's ("Northwest Bath") motion to strike class allegations of Plaintiff Mark Hoffman's ("Plaintiff") Complaint. Having considered Northwest Bath's motion, the Court hereby strikes the class allegations of Plaintiff's Complaint.

ACCORDINGLY, IT IS HEREBY ORDERED that the class allegations of Plaintiff's Complaint be dismissed.

Dated:                          _____
                                HONORABLE RICARDO S. MARTINEZ
                                UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                                    TROUTMAN AMIN, LLP
Case No. 2:26-CV-00277                 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
1                                                          (949) 350-5612

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
troutman@troutmanamin.com

Presented By:

TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice*)
Puja Amin (*Pro Hac Vice*)
Brittany A. Andres (*Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

PACIFIC NORTHWEST FAMILY LAW

By: */s/ David M. Rose*
David M. Rose (WSBA # 32849)
dmr@pnwfamilylaw.com
216 S. Palouse Street
Walla Walla, Washington 99362
Telephone: (509) 288-4806

*Attorneys for Defendant Northwest Bath
Specialists, LLC d/b/a Bath Planet of Seattle*

[PROPOSED] ORDER                                        TROUTMAN AMIN, LLP
Case No. 2:26-CV-00277                 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
2                                                              (949) 350-5612