THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN,

　　　　Plaintiff,

　　v.

BCI ACRYLIC LLC et al.,

　　　　Defendant(s).

Case No. 2:25-CV-02032-RSM

**DEFENDANT NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE'S CORPORATE DISCLOSURE STATEMENT**

**(FRCP 7.1; Local Rule 7.1(a))**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(a), Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle states:

1.　Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle is a limited liability company with its principal place of business in Spokane Valley, Washington.

2.　There is no parent corporation or any publicly held corporation owning 10% or more of Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle's stock.

3.　Charles Hartshorn is the owner, sole member, and governor of Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
Case No. 2:25-CV-02032-RSM
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
(949) 350-5612

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
troutman@troutmanamin.com

Pursuant to Local Civil Rule 7(e)(6), we certify that this memorandum contains 126 words, in compliance with the Local Civil Rules.

Dated: March 19, 2026                    TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice*)
Puja Amin (*Pro Hac Vice*)
Brittany A. Andres (*Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1550
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

PACIFIC NORTHWEST FAMILY LAW

By: */s/ David M. Rose*
David M. Rose (WSBA # 32849)
dmr@pnwfamilylaw.com
216 S. Palouse Street
Walla Walla, Washington 99362
Telephone: (509) 288-4806

*Attorneys for Defendant Northwest Bath Specialist, LLC d/b/a Bath Planet of Seattle*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Defendant Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle's Corporate Disclosure Statement* was served upon all counsel of record via the Court's CM/ECF systems on the 19th day of March, 2026.

/s/ *Brittany A. Andres*
Brittany A. Andres

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT          TROUTMAN AMIN, LLP
Case No. 2:25-CV-02032-RSM          400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618
2          (949) 350-5612