THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN,

Plaintiff,

v.

BCI ACRYLIC LLC et al.,

Defendant.

Case No. 2:25-CV-02032-RSM

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

IT IS FURTHER ORDERED that pursuant to Fed. R. Evid. 502(d), the production of any documents, electronically stored information (ESI) or information, whether inadvertent or otherwise, in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law. This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d). The provisions of Fed. R. Evid. 502(b) do not apply.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.  Information produced in discovery that is

ORDER
Case No. 2:25-CV-02032
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
(949) 350-5612

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

protected as privileged or work product shall be immediately returned to the producing party.

DATED: April 3, 2026

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

Presented By:

TROUTMAN AMIN, LLP

By: */s/ Brittany A. Andres*
Eric J. Troutman (*Pro Hac Vice*)
Puja Amin (*Pro Hac Vice*)
Brittany A. Andres (*Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

PACIFIC NORTHWEST FAMILY LAW

By: */s/ David M. Rose*
David M. Rose (WSBA # 32849)
dmr@pnwfamilylaw.com
216 S. Palouse Street
Walla Walla, Washington 99362
Telephone: (509) 288-4806

*Attorneys for Defendant Northwest Bath*
*Specialists, LLC d/b/a Bath Planet of Seattle*

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com