THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARK HOFFMAN,

                    Plaintiff,

          v.

BCI ACRYLIC LLC et al.,

                    Defendant(s).

Case No. 2:25-CV-02032-RSM

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that Troutman Amin, LLP, attorneys for BCI Acrylic LLC, hereby provides notice of a change of suite number in its address. All future correspondence, notices, and pleadings should be directed to the undersigned counsel as follows:

Dated: April 6, 2026

TROUTMAN AMIN, LLP

Eric J. Troutman (*Pro Hac Vice*)
Puja Amin (*Pro Hac Vice*)
Brittany A. Andres (*Pro Hac Vice*)
400 Spectrum Center Drive
Suite 1450
Irvine, CA 92618
troutman@troutmanamin.com
amin@troutmanamin.com
brittany@troutmanamin.com
Tel: (949) 350-5612

PACIFIC NORTHWEST FAMILY LAW

NOTICE OF CHANGE OF ADDRESS
Case No. 2:25-CV-02032-RSM
1

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
(949) 350-5612

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com

By: */s/ David M. Rose*
David M. Rose (WSBA # 32849)
dmr@pnwfamilylaw.com
216 S. Palouse Street
Walla Walla, Washington 99362
Telephone: (509) 288-4806

*Attorneys for Defendant Northwest Bath Specialist, LLC d/b/a Bath Planet of Seattle*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Notice of Change of Address* was served upon all counsel of record via the Court's CM/ECF systems on the 6th day of April, 2026.

/s/ *Brittany A. Andres*
Brittany A. Andres

NOTICE OF CHANGE OF ADDRESS
Case No. 2:25-CV-02032-RSM
2

TROUTMAN AMIN, LLP
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
(949) 350-5612

**TROUTMAN AMIN, LLP**
400 Spectrum Center Drive, Suite 1450, Irvine, CA 92618
troutman@troutmanamin.com