

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
U.S. COURTHOUSE, LOBBY LEVEL
700 STEWART STREET
SEATTLE, WASHINGTON  98101
(206) 370-8400

**JOSHUA C. LEWIS**
District Court
Executive Clerk of
Court

**ERIC SMITS**
Chief Deputy Clerk

## INSTRUCTIONS FOR COMPLETION OF
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) – Permission to Participate in a Particular Case

| Pro Hac Vice Attorney Requirements | Local Counsel Requirements |
|---|---|

Pro Hac Vice Attorney Applicant must:

1. Obtain local counsel (see Local Counsel Requirements).

2. Fill out all sections of the Application for Leave to Appear Pro Hac Vice (attached) except for the Statement of Local Counsel.

3. Send the Application to local counsel to complete.

4. Submit a Pro Hac Vice access request from attorney pacer.uscourts.gov account (see Pro Hac Vice Application Guide for information on when this needs to be done).

Local Counsel must:

1. Be admitted to practice before this Court.

2. Have a physical office within the geographical boundaries of the Western District of Washington.

3. Formally appear (LCR 83.2(a)) in the case in which the attorney files the Application.

4. Complete and sign the Statement of Local Counsel section of the Application for Leave to Appear Pro Hac Vice signifying the attorney has read and understands their responsibilities as local counsel.

5. Electronically file and pay the fee for the completed application (either **Civil** or **Criminal**), under **Other Documents**, then select **Application for Leave to Appear Pro Hac Vice**.

The court will review applications and upon approval docket an Order in the case.

Questions regarding Pro Hac Vice applications:

Attorney Admissions Clerk 206-370-8400

WAWD_Admissions@wawd.uscourts.gov

Questions regarding Electronic Case Filing (ECF):

ECF Help Desk 1-866-323-9293

cmecf@wawd.uscourts.gov



# United States District Court
# Western District of Washington

Mark Hoffman, individually and on behalf of all others similarly situtated,

Case Number: 2:25-cv-02032-RSM

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

V.

BCI Acrylic, LLC d/b/a Bath Planet, and Northwest Bath Specialists, LLC d/b/a Bath Planet of Seattle

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Oliver R. Shapiro
hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE

The particular need for my appearance and participation is:

Counsel for Defendant NORTHWEST BATH SPECIALISTS, LLC D/B/A BATH PLANET OF SEATTLE

I, Oliver R. Shapiro understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/08/2026

Signature of Applicant:  s/ OLIVER R. SHAPIRO

**Pro Hac Vice Attorney**

Applicant's Name: Oliver R. Shapiro

Law Firm Name: TROUTMAN AMIN, LLP

Street Address 1: 400 SPECTRUM CENTER DRIVE

Address Line 2: SUITE 1450

City: IRVINE    State: CA    Zip: 92618

Phone Number w/ Area Code 949-350-5612    Bar # 323624    State CA

Primary E-mail Address: oliver@troutmanamin.com

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: 
*(Additional contact email for questions during the application process)*

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Oliver R. Shapiro is unable to be present upon any date assigned by the court.

Date: April 27, 2026    Signature of Local Counsel: s/ David M. Rose

Local Counsel's Name: David M. Rose

Law Firm Name: Pacific Northwest Family Law

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 216 S. Palouse St.

Address Line 2: 

City: Walla Walla    State: WA    Zip: 99362

Phone Number w/ Area Code 509-524-8488    Bar # 32849



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons or sealed documents.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access case information via the Western District of Washington's website or through the Public Access to Court Electronic Records (PACER) system. A PACER login and password is required to electronically file. You can register for PACER access at their website: www.pacer.uscourts.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

 I have completed, or will complete immediately after submitting this form, the creation of a **PACER – Case Search Only** account and submitted my request for **Pro Hac Vice Attorney Admission access** as required per the Pro Hac Vice Application Guide.

Date Signed _04/08/2026_____  Signature  s/_OLIVER R. SHAPIRO_____
*(Pro Hac Vice applicant name)*

---